Decided January 22, 2004

## STATE OF CONNECTICUT *v.* JAMES SERVELLO

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 313 (AC 22759), is denied.

SULLIVAN, C. J., and NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*William B. Westcott,* special public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided January 22, 2004